UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Amy S. Lambert-Shuster**  Docket No. 7:23-CR-108-1BO

**Petition for Action on Supervised Release**

COMES NOW Daniel J. Heimrich, U.S. Probation Officer of the Court, presenting a petition for modification of the Judgment and Commitment Order of Amy S. Lambert-Shuster, who, upon an earlier plea of guilty to Aiding and Abetting the Unlawful Transfer of a Machinegun, in violation of 18 U.S.C. §§ 2, 18 U.S.C. § 922(o) and 18 U.S.C. § 924(a)(2), was sentenced by the Honorable Irene M. Keeley, United States District Judge, on January 19, 2021, to the custody of the Bureau of Prisons for a term of 366 days. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. Amy S. Lambert-Shuster was released from custody on January 20, 2022, at which time the term of supervised release commenced.

On October 18, 2023, jurisdiction was transferred to the Eastern District of North Carolina and assigned to the Honorable Terrence W. Boyle. On December 27, 2023, the Court was advised that the defendant submitted a urine sample that tested positive for opiates and marijuana. The defendant was referred for a substance abuse assessment and placed in our district's Surprise Urinalysis Program. The Court agreed to continue the defendant on supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On January 5, 2024, the defendant submitted a urine sample that tested positive for marijuana and codeine/ morphine. When confronted with the results, the defendant signed an admission of marijuana use and advised that she took a prescription strength Tylenol with codeine. The defendant did not possess a valid prescription for this controlled substance. The defendant is currently participating in substance abuse treatment and her counselor has been made aware of her drug use. The defendant was verbally reprimanded and is aware that further noncompliance will result in further court action being requested. In response to the positive urinalysis, we are recommending that the conditions of supervision be modified to include 60 days of curfew. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to her residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Amy S. Lambert-Shuster
Docket No. 7:23-CR-108-1BO
Petition For Action
Page 2

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Keith W. Lawrence
Keith W. Lawrence
Supervising U.S. Probation Officer

/s/ Daniel J. Heimrich
Daniel J. Heimrich
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2531
Executed On: January 22, 2024

## ORDER OF THE COURT

Considered and ordered this ___22___ day of __Jan._____, 2024, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
United Staes District Judge